IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BLOCK FINANCIAL CORPORATION, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case No.: 01-1007-CV-ODS | |
| ) | | |
| LENDINGTREE, LLC, ) | | |
| ) | | |
| Defendant. ) | | |
| LENDINGTREE, LLC, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case No.: 08-CV-0164-ODS | |
| ) | | |
| BLOCK FINANCIAL LLC, ) | | |
| BLOCK FINANCIAL CORPORATION, ) | | |
| and DOES 1 through 10, inclusive, ) | | |
| ) | | |
| Defendants. ) | | |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO CONSOLIDATE

The parties' Joint Motions to Consolidate Case No. 01-1007-CV-ODS (Doc. #85) and Case No. 08-CV-164-ODS (Doc. #23) pursuant to Federal Rule of Civil Procedure 42(a) is hereby GRANTED. All subsequent papers, pleadings and motions shall be filed under the case number of the lowest numbered case, No. 01-1007-CV-ODS.

IT IS SO ORDERED.

                                        /s/ Ortrie D. Smith
                                        ORTRIE D. SMITH, JUDGE
DATE: June 24, 2008             UNITED STATES DISTRICT COURT