IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| BLOCK FINANCIAL CORPORATION, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 01-1007-CV-W-ODS |
| | ) | |
| LENDINGTREE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| LENDING TREE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-0164-CV-W-ODS |
| | ) | |
| BLOCK FINANCIAL LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AMENDING ORDER GRANTING JOINT MOTION TO CONSOLIDATE *NUNC PRO TUNC*

The Order Granting Joint Motion to Consolidate filed yesterday is amended *nunc pro tunc* to remove the word "[PROPOSED]" from the order's title. The Court utilized the parties' proposed order and obviously failed to remove this word before issuing the order.

IT IS SO ORDERED.

DATE: June 25, 2008

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT