# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

BLOCK FINANCIAL LLC, (formerly known as )
"BLOCK FINANCIAL CORPORATION") )
                                              )

        Plaintiff, )

                            )
v. )   Case No.: 01-1007-cv-ODS
                            )
LENDINGTREE, LLC, )
                            )   (combined with Case No.: 08-cv-164-
                            )   ODS)
        Defendant. )
                            )

LENDINGTREE, LLC, )
                            )
        Plaintiff, )
                            )
v. )
                            )
BLOCK FINANCIAL LLC, (formerly known as )
"BLOCK FINANCIAL CORPORATION") and )
DOES 1 through 10, inclusive, )
                            )
        Defendants. )
                            )

## BLOCK FINANCIAL LLC'S MOTION FOR PERMISSION TO FILE UNDER SEAL

Block Financial LLC's ("Block's") responses to LendingTree, LLC's ("LendingTree's") motions for summary judgment are due on July 31, 2009 per Docket Number 157. Block's responses include information designated as confidential by LendingTree under the Protective Order (Docket Number 94). Pursuant to ¶ 13 of the Protective Order, Block respectively moves the Court for permission to file its response and certain exhibits thereto under seal.

Counsel for Block has consulted with counsel for LendingTree, and counsel for LendingTree does not oppose this motion.

July 30, 2009

Respectfully submitted,

/s/ Kimberly R. Parke_____

Robert M. Thompson (Missouri Bar No. 38156)
Mark W. Brennan (Missouri Bar No. 39117)
BRYAN CAVE LLP
3500 One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64015-2100
Tel.: 816-374-3200 Fax: 816-374-3300
mwbrennan@bryancave.com
rmthompson@bryancave.com

Jeffrey S. Standley (Admitted *Pro Hac Vice*)
F. Michael Speed, Jr. (Admitted *Pro Hac Vice*)
Mark R. Engle (Admitted *Pro Hac Vice*)
STANDLEY LAW GROUP LLP
6300 Riverside Drive
Dublin, OH 43017
Tel.: 614-792-5555
Fax: 614-792-5536
jstandley@standleyllp.com
mspeed@standleyllp.com
mengle@standleyllp.com

Gary M. Hoffman (Admitted *Pro Hac Vice*)
Kenneth W. Brothers (Admitted *Pro Hac Vice*)
Kimberly R. Parke (Admitted *Pro Hac Vice*)
Thomas D. Anderson (Admitted *Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel.: 202-420-2200
Fax: 202-420-2201
HoffmanG@dicksteinshapiro.com
BrothersK@dicksteinshapiro.com
ParkeK@dicksteinshapiro.com
AndersonT@dicksteinshapiro.com

ATTORNEYS FOR BLOCK FINANCIAL LLC

DSMDB-2650475v01

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2009, I electronically filed the foregoing **BLOCK FINANCIAL LLC'S MOTION FOR PERMISSION TO FILE UNDER SEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Robert D. Fram      rfram@cov.com
Winslow B. Taub      wtaub@cov.com
Leslie N. Harvey      lharvey@cov.com
Deanna L. Kwong      dkwong@cov.com
Edward Rippey      erippey@cov.com
Andrew C. Byrnes      abyrnes@cov.com
COVINGTON & BURLING LLP


Edward R. Spalty      espalty@armstrongteasdale.com
David A. Jermann      djermann@armstrongteasdale.com
ARMSTRONG TEASDALE LLP


/s/ Kimberly R. Parke

_____

By:     Kimberly R. Parke
Attorney for BLOCK FINANCIAL LLC

DSMDB-2650475v01