UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLOCK FINANCIAL LLC (formerly known as "BLOCK FINANCIAL CORPORATION"), ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 01-1007-CV-W-ODS |
| LENDINGTREE, LLC, ) ) | |
| Defendant. ) | |
| LENDINGTREE, LLC, ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 08-CV-00164-ODS |
| BLOCK FINANCIAL LLC (formerly known as "BLOCK FINANCIAL CORPORATION"), ) et al., ) ) | |
| Defendants. ) | |

**JOINT MOTION AND STIPULATION REGARDING BRIEFING
SCHEDULES, PAGE LIMITATIONS, AND MANNER OF FILING**

The parties, jointly and through undersigned counsel, hereby move the Court to enter this

stipulation concerning briefing schedules, pages limitations, and manner of filing. Specifically,

this stipulation concerns these issues as they relate to motions that must be filed by no later than

October 1, 2009 under the Court's scheduling orders.

1.      Briefing Schedules — All oppositions to motions due on October 1, 2009 shall be

filed by no later than November 5, 2009. All replies in support of the motions shall be filed by

no later than November 23, 2009.

2.      Page Limitations — All suggestions in support of the motions, oppositions to the

motions, and replies in support of the motions shall comply with the page limitations set forth in the Local Rules of this District with the two following exceptions: (a) LendingTree's suggestions in support of its motion for partial summary judgment of noninfringement as regards LendingTree's post May 1, 2008 systems shall be limited to 20 pages of argument (and Block's opposition shall be limited to 20 pages, and LendingTree's reply in support shall be limited to 12 pages), and (b) LendingTree's suggestions in support of its motion for summary judgment of invalidity or, in the alternative, of no infringement shall be limited to 35 pages of argument (and Block's opposition shall be limited to 35 pages, and LendingTree's reply in support shall be limited to 20 pages).

3.    <u>Manner of Filing</u> — The parties further agree that all papers and their attachments shall be filed under seal.

Dated:  September 30, 2009                    Respectfully submitted,

DICKSTEIN SHAPIRO LLP

COVINGTON & BURLING LLP

BY: /s/ Kenneth W. Brothers
    Gary M. Hoffman (Admitted *Pro Hac Vice*)
    Kenneth W. Brothers (Admitted *Pro Hac Vice*)
    Kimberly R. Parke (Admitted *Pro Hac Vice*)
    Thomas D. Anderson (Admitted *Pro Hac Vice*)
    1825 Eye Street, NW
    Washington, DC 20006
    Tel.: 202-420-2200
    Fax: 202-420-2201
    HoffmanG@dicksteinshapiro.com
    BrothersK@dicksteinshapiro.com
    ParkeK@dicksteinshapiro.com
    AndersonT@dicksteinshapiro.com

    Attorneys for Block Financial LLC

BY: /s/ Edward H. Rippey
    Edward H. Rippey # 46889
    1201 Pennsylvania Avenue NW
    Washington, DC 20004-2401
    Tel: (202) 662-5171
    Fax: (202) 778-5151
    erippey@cov.com

    Robert D. Fram (Admitted *Pro Hac Vice*)
    Winslow B. Taub (Admitted *Pro Hac Vice*)
    One Front Street
    San Francisco, California 94111
    415-591-6000
    415-591-6091 (facsimile)
    rfram@cov.com
    wtaub@cov.com

    Attorneys for LendingTree, LLC

STANDLEY LAW GROUP LLP

AMSTRONG TEASDALE LLP

    Mark R. Engle
    Jeffrey S. Standley (Admitted *Pro Hac Vice*)
    F. Michael Speed, Jr. (Admitted *Pro Hac Vice*)
    Mark R. Engle (Admitted *Pro Hac Vice*)
    6300 Riverside Drive
    Dublin, OH 43017
    617-792-5555
    614-792-5536 (facsimile)
    jstandley@standleyllp.com
    mspeed@standleyllp.com
    mengle@standleyllp.com

    Attorneys for Block Financial LLC

    Edward R. Spalty # 26086
    espalty@armstrongteasdale.com
    David A. Jermann # 51389
    djermann@armstrongteasdale.com
    2345 Grand Boulevard, Suite 2000
    Kansas City, Missouri 64108-2617
    816-221-3420
    816-221-0786 (facsimile)

    Attorneys for LendingTree, LLC

BRYAN CAVE LLP

Mark W. Brennan   # 39117
3500 One Kansas City Place
1200 Main Street
Kansas City, MO  64105-2100
816-374-3200
816-374-3300 (facsimile)
mwbrennan@bryancave.com


Attorneys for Block Financial LLC