UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BLOCK FINANCIAL LLC (formerly known as "BLOCK FINANCIAL CORPORATION"),<br><br>    Plaintiff,<br><br>vs.<br><br>LENDINGTREE, LLC,<br><br>    Defendant. | Case No. 01-1007-CV-W-ODS |
| LENDINGTREE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BLOCK FINANCIAL LLC (formerly known as "BLOCK FINANCIAL CORPORATION"), et al.,<br><br>    Defendants. | Case No. 08-CV-00164-ODS |

**ORDER GRANTING JOINT MOTION REGARDING BRIEFING SCHEDULES, PAGE LIMITATIONS, AND MANNER OF FILING**

The Court has considered the parties' joint motion and stipulation concerning briefing schedules, pages limitations, and manner of filing regarding the motions that must be filed by no later than October 1, 2009 under the Court's scheduling orders (Dkt. No. 191). The Court GRANTS the parties' joint motion and HEREBY ORDERS AS FOLLOWS:

    1.    <u>Briefing Schedules</u>—All oppositions to motions due on October 1, 2009 (<u>see</u> Order dated July 20, 2009) shall be filed by no later than November 5, 2009. All replies in support of the motions shall be filed by no later than November 23, 2009.

    2.    <u>Page Limitations</u>—All suggestions in support of the motions, oppositions to the

motions, and replies in support of the motions shall comply with the page limitations set forth in the Local Rules of this District with the two following exceptions: (a) LendingTree's suggestions in support of its motion for partial summary judgment of noninfringement as regards LendingTree's post May 1, 2008 systems shall be limited to 20 pages of argument (and Block's opposition shall be limited to 20 pages, and LendingTree's reply in support shall be limited to 12 pages), and (b) LendingTree's suggestions in support of its motion for summary judgment of invalidity or, in the alternative, of no infringement shall be limited to 35 pages of argument (and Block's opposition shall be limited to 35 pages, and LendingTree's reply in support shall be limited to 20 pages).

       3.     <u>Manner of Filing</u>—All papers and their attachments shall be filed under seal.

IT IS SO ORDERED.

                                                                               /s/ <u>Ortrie D. Smith</u>
                                                                               ORTRIE D. SMITH, JUDGE
DATE: October 1, 2009                                    UNITED STATES DISTRICT COURT