IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| BLOCK FINANCIAL LLC, (formerly known as "BLOCK FINANCIAL CORPORATION") | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 01-1007-cv-ODS |
| LENDINGTREE, LLC, | ) ) ) | |
| Defendant. | ) | |
| LENDINGTREE, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 08-cv-164-ODS |
| BLOCK FINANCIAL LLC, (formerly known as "BLOCK FINANCIAL CORPORATION") and DOES 1 through 10, inclusive, | ) ) ) ) | |
| Defendants. | ) | |

## LENDINGTREE, LLC'S MOTION FOR PERMISSION TO FILE UNDER SEAL

LendingTree, LLC ("LendingTree") hereby moves the Court for an Order permitting LendingTree to file under seal a Motion to Strike the October 23, 2009 Amended Expert Opinion of Robert R. Trout Regarding Damages ("Motion to Strike"). LendingTree's Motion to Strike will include information designated as confidential by Block under the Protective Order entered on July 9, 2008 (Docket No. 94). Pursuant to paragraph 13 of the Protective Order, LendingTree respectfully moves the Court for permission to file its Motion to Strike and exhibits thereto under seal.

Counsel for LendingTree has consulted with counsel for Block, and counsel for Block does not oppose LendingTree's Motion for Permission to File Under Seal.

Respectfully submitted,

Dated: November 12, 2009                         /s/ Robert D. Fram

Robert D. Fram (Admitted Pro Hac Vice)
Winslow B. Taub (Admitted Pro Hac Vice)
Deanna L. Kwong (Admitted Pro Hac Vice)
**COVINGTON & BURLING LLP**
One Front Street, Floor 35
San Francisco, CA 94111
Tel: (415) 591-6000 / Fax: (415) 591-6091
rfram@cov.com
wtaub@cov.com
dkwong@cov.com

Edward H. Rippey (Missouri Bar No. 46889)
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
Tel: (202) 662-5171
Fax: (202) 778-5151
erippey@cov.com

Edward R. Spalty (Missouri Bar No. 26086)
David A. Jermann (Missouri Bar No. 51389)
**ARMSTRONG TEASDALE LLP**
2345 Grand Boulevard, Suite 2000
Kansas City, Missouri 64108-2617
Tel: (800) 243-5070 / Fax: (816) 329-5426
espalty@armstrongteasdale.com
djermann@armstrongteasdale.com

ATTORNEYS FOR LENDINGTREE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of LENDINGTREE, LLC'S MOTION FOR PERMISSION TO FILE UNDER SEAL was electronically filed with the Clerk of Court on this 12th day of November, 2009 using the CM/ECF system, which sent notification of such filing to the following:

Gary M. Hoffman
Kenneth W. Brothers
Kimberly R. Parke
Thomas D. Anderson
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
Tel.: 202-420-2200
Fax: 202-420-2201
HoffmanG@dicksteinshapiro.com
BrothersK@dicksteinshapiro.com
ParkeK@dicksteinshapiro.com
AndersonT@dicksteinshapiro.com


Jeffrey S. Standley
F. Michael Speed, Jr.
Mark R. Engle
STANDLEY LAW GROUP LLP
6300 Riverside Drive
Dublin, OH 43017
Tel.: 614-792-5555
Fax: 614-792-5536
jstandley@standleyllp.com
mspeed@standleyllp.com
mengle@standleyllp.com


Robert M. Thompson
Mark W. Brennan
BRYAN CAVE LLP
3500 One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64015-2100
Tel.: 816-374-3200

Fax: 816-374-3300
rmthompson@bryancave.com
mwbrennan@bryancave.com

ATTORNEYS FOR BLOCK FINANCIAL LLC


                                      /s/  Robert D. Fram

                         ATTORNEY FOR LENDINGTREE, LLC